

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2019

No. 04-19-00351-CV

**IN RE** Michael **COATS**

Original Mandamus Proceeding[1]

**ORDER**

On May 24, 2019, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 19, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI16108, styled *Michael Coats v. San Antonio Independent School Dist. and Krista Hays, Official Capacity*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.